# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK AHUMADA, | Case No. ED CV 10-1452 RGK (MRW) |
| Petitioner, | |
| vs. | JUDGMENT |
| M. McDONALD, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE: August 8, 2011

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE